## C. R. Hodges v. The State.

Theft.— Indictment which charges that the defendant "did steal from W. H. C. a certain horse" fails to charge any of the acts which constitute the offense of theft, and is invalid notwithstanding it accords with the act of March 26, 1881, known as the "Common-Sense Indictment Act."

Appeal from the District Court of Wise.   Tried below before the Hon. C. C. Potter.

The opinion states the nature of the case.   The punishment assessed by the jury was confinement in the penitentiary for the term of five years

*O'Neill, Crane & Donald,* for the appellant.

*H. M. Holmes,* for the State.

Willson, J.   The indictment charges that the defendant "did steal from W. H. Casey a certain horse." It does not state the acts which constitute theft, and is fatally defective.  See *Williams* v. *State,* decided at present term, for opinion *in extenso.   (Ante,* p. 395.)

*Reversed and dismissed.*